**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| PHOENIX LICENSING, L.L.C., an Arizona limited liability company, and LPL LICENSING, L.L.C., a Delaware limited liability company,<br><br>Plaintiffs,<br>v.<br><br>HUGHES NETWORK SYSTEMS, LLC,<br><br>Defendant. | Case No. 2:15-cv-01374 |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On this day, Plaintiffs Phoenix Licensing, L.L.C. and LPL Licensing, L.L.C. ("Plaintiffs") request that the Court dismiss all of Plaintiffs' claims without prejudice and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that the requests should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' claims for relief against Defendant are dismissed without prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**SIGNED this 3rd day of November, 2015.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE